■ ROLF SOVIK, Also Known as PANDIT UPADESH, Individually and on Behalf of all Others Similarly Situated, et al., Respondents, v HEALING NETWORK et al., Appellants. (Appeal No. 2.) [668 NYS2d 964] —Appeal from order insofar as it denied reargument unanimously dismissed and order affirmed with costs. Same Memorandum as in *Sovik v Healing Network* (244 AD2d 985 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Doerr, Balio and Fallon, JJ.